IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00948-ZLW-MEH

MARIE RAINES,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 28, 2006.**

For good cause shown, the parties' Joint Motion to Modify Scheduling Order [Filed February 27, 2006; Docket #15] is hereby **granted**. The following case management deadlines shall hereafter govern this case:

| | | |
|---|---|---|
| ! | Discovery Cutoff: | July 25, 2006 |
| ! | Dispositive Motion Deadline: | August 25, 2006 |
| ! | Expert Witness Disclosure: | May 27, 2006 |
| ! | Rebuttal Expert Witness Disclosure: | June 27, 2006 |
| ! | Deadline for Submission of Interrogatories: | June 23, 2006 |
| ! | Deadline for Submission of Requests for Production of Documents: | June 23, 2006 |
| ! | Deadline for Submission of Requests for Admissions: | June 23, 2006 |

The Final Pretrial Conference scheduled in this case for July 10, 2006, at 9:15 a.m., is hereby **rescheduled** to October 11, 2006, at 9:15 a.m. The conference will be held in Courtroom A-601 on the sixth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

**The parties shall jointly prepare and submit their proposed Pretrial Order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L., no later than five (5) business days prior to the Pretrial Conference. The proposed Pretrial Order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., Word or WordPerfect only) and shall be e:mailed to the Magistrate Judge at Hegarty_Chambers@cod.uscourts.gov.**