IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00948-ZLW-MEH

MARIE RAINES,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 26, 2006.**

    The parties' Joint Second Motion to Modify Scheduling Order [Filed July 25, 2006; Docket #22] is hereby **granted** in part and **denied** in part. For good cause shown, the deadlines for discovery and dispositive motions shall be extended as requested. However, the deadlines for expert disclosures in this case expired in May and June, with no request for extension being received prior to their expiration and the parties have provided no basis to excuse the tardy request. Further, absent truly exceptional circumstances, no further extensions in this regard shall be granted. The following case management deadlines shall hereafter govern this case:

    !     Discovery Cutoff:     October 27, 2006
    !     Dispositive Motion Deadline:     November 27, 2006

    The Final Pretrial Conference scheduled in this case for November 20, 2006, at 9:30 a.m., is hereby **rescheduled** to February 21, 2007, at 9:30 a.m. Due to a proposed, but as yet unscheduled, relocation of the Chambers for Magistrate Judge Hegarty, the parties are directed to contact Chambers at 303-844-4507 no later than ten (10) days prior to the conference to find out the exact physical location of where this conference will be held. The conference will be held either in Courtroom A-601 on the sixth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, or in new chambers space which will be in the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    **The parties shall jointly prepare and submit their proposed Pretrial Order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L., no later than five (5)**

**business days prior to the Pretrial Conference. The proposed Pretrial Order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., Word or WordPerfect only) and shall be e:mailed to the Magistrate Judge at Hegarty_Chambers@cod.uscourts.gov.**

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.