IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-0948-ZLW-MEH

MARIE RAINES,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.
_____

ORDER
_____

    On October 22, 2006, counsel for Plaintiff advised the Court that this case had settled.  It is, therefore,

    ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

    FURTHER ORDERED that settlement papers shall be filed on or before October 31, 2006.  If by that date settlement papers have not been received by the Court, on November 7, 2006, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this __25__ day of October, 2006.

BY THE COURT:

*[signature: Zita L. Weinshienk]*
_____
 ZITA L. WEINSHIENK, Senior Judge
 United States District Court